**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03414-RBJ

DONNA VANLANDINGHAM,

    Plaintiff,

v.

GRAND JUNCTION REGIONAL AIRPORT AUTHORITY,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order, docket number 26 of Judge R. Brooke Jackson entered on 6/2/2014, the Court GRANTS Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 16] with prejudice. The Airport is awarded its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 2nd day of June, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   T.Lee
                T.Lee
                Deputy Clerk